NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARA N. MENEGASSI,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7091

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-1895, Judge Robert N. Davis.

---

## ON MOTION

---

## ORDER

Mara N. Menegassi moves for a 45-day extension of time, until November 8, 2010, to file her reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 3 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
    Scott D. Austin, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2010

JAN HORBALY
CLERK